**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Candelaria Natalia Tzunux Pu, | ) |
| | )    Case No. 1:25-cv-14023 |
| Petitioner, | ) |
| | )    **PETITION FOR WRIT OF** |
| v. | )    **HABEAS CORPUS** |
| | ) |
| PATRICIA HYDE, Field Office Director, | ) |
| MICHAEL KROL, HSI New England Special | ) |
| Agent in Charge, and TODD LYONS, Acting | ) |
| Director U.S. Immigrations and Customs | ) |
| Enforcement, and KRISTI NOEM, U.S. Secretary | ) |
| of Homeland Security, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## INTRODUCTION

1. Petitioner Candelaria Natalia Tzunux Pu (A# 249-091-992) is a 26-year-old woman from Guatemala, the mother of three minor children, and is currently pregnant. On information and belief, she was unlawfully detained by federal immigration agents on December 31, 2025.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that she was unlawfully detained and order her release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner resides in Massachusetts and on information and belief is detained in the District of Massachusetts.

## PARTIES AND FACTS ALLEGED

6. The Petitioner and her husband and three minor children are long-term residents of New Bedford, Massachusetts. She has an ongoing pregnancy requiring stability and medical care. She has a valid Employment Authorization Document along with a pending 1-589 Application for Asylum, filed on behalf of herself and her children.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. All respondents are named in their official capacities.

12. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is her immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of her constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(6) Grant any further relief this Court deems just and proper.

Respectfully submitted,

/s/ Jacob Miller
Jacob Miller (BBO # 716474)
CEDC New Bedford
235 North Front St.
New Bedford, MA 02746
(774) 929-0835
jacob@cedcnewbedford.org

*Counsel for Petitioner*

Dated: 12/31/2025